IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SIR CHRIS YATES,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | NO.  5:05-CV-273 (WDO) |
| | : | |
| **TERRY EVERETT,** | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| Defendant | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER AND RECOMMENDATION

Plaintiff **CHRIS YATES** filed the above-captioned *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  He has sued defendant TERRY EVERETT in her capacity as Public Defender in Houston County, Georgia, contending:

> *I told Miss Everett that I did not need to be sent to Central State Hospital for a 45 day evaluation.  Then she hit me with a book on my hand. (sic) An told me I was gone (sic) have the evaluation any way.*

Plaintiff seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).[1]  His request to so proceed is GRANTED.

Allegations against a public defender or court-appointed counsel generally do not state a claim under §1983 because such attorneys do not act under "color of state law."  Plaintiff's allegations do not implicate any exceptions to this rule.  In addition, plaintiff's "allegation" fails to state a claim under 42 U.S.C. §1983 upon which relief can be granted. Thus, his complaint must be dismissed.  IT IS SO RECOMMENDED.

---

[1] Plaintiff may very well be prohibited from proceeding *in forma pauperis* because of violations of the "three strike" rule of 28 U.S.C. Sec. 1915(g) which is designed to prevent someone who has previously had cases dismissed as frivolous, malicious, or for failing to state a claim from filing without prior payment of the filing fee unless he can demonstrate that he is under imminent threat of serious physical injury. No such allegation has been put forth by plaintiff Yates.  ***See Yates v. Houtson County,*** 5:04-CV-246-DF (M.D. Ga.); ***Yates v. Nunn***, 5:04-CV-274-WDO (M.D. Ga.); ***Yates v. Piza***, 5:04-CV-351-CAR (M.D. Ga.).

Pursuant to 28 U.S.C. §636(b)(1), plaintiff may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned, **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 17th day of AUGUST, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE