# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **SIR CHRIS YATES,** | : |
| **Plaintiff** | : |
| | :     5:05-CV-273 (WDO) |
| v. | : |
| **TERRY EVERETT,** | : |
| **Defendant** | : |

## ORDER

Before the Court is a Report and Recommendation to dismiss this civil rights action as having no merit. Having carefully considered the Recommendation, and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. This case is DISMISSED WITH PREJUDICE.

SO ORDERED this 20th day of September, 2005.

    s/Wilbur D. Owens, Jr.
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**